ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEVON PARIAN INDIVIDUALLY AND D/B/A PARIAN SPIRIT,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | CASE No. 2:14-cv-9558 JAK (AJW)<br><br>JUDGMENT |

On March 23, 2015, Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") offered a Rule 68 Offer of Judgment in favor of Plaintiff Levon Parian individually and d/b/a Parian Spirit ("Plaintiff") for payment of $15,001.00.

On April 9, 2015, Plaintiff accepted the Defendant's Rule 68 Offer of Judgment and filed a Notice of Resolution by Acceptance of Offer of Judgment (Dkt. 21) on April 9, 2015.

Consequently, Judgment is entered against Defendant Ulta Salon, Cosmetics & Fragrance, Inc. and in favor of Plaintiff Levon Parian individually and d/b/a

508199v1

JUDGMENT

Parian Spirit ("Plaintiff") in the amount of $15,001.00.

    Plaintiff has represented that the foregoing amount has been paid. Accordingly, an Acknowledgement of Satisfaction of Judgment will be filed within 48 hours after the entry of this Judgment.

    IT IS SO ORDERED.

DATED: May 28, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE